# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MINIKA NICHOLS,

      Plaintiff,

                                 Case No.

v.

CREDENCE RESOURCE MANAGEMENT, LLC

      Defendant.

_____/

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, Credence Resource Management, LLC ("CRM"), which hereby removes from the State Court of DeKalb County, State of Georgia, the following described lawsuit, and respectfully states as follows:

1. CRM is the only defendant in a civil action filed by plaintiff, Minika Nichols, in the State Court of DeKalb County, State of Georgia, captioned as *Minika Nichols v. Credence Resource Management, LLC*, Case No. 17A63108 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §§ 1441 and 1446, CRM removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

1

3. The complaint in the State Court Action (hereinafter the "State Court Action Complaint") asserts claims which must be brought under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.*

4. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's TCPA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1692k.

5. CRM was served with summons and the State Court Action Complaint on February 21, 2017. This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by CRM and is therefore timely filed under 28 U.S.C. § 1446(b).

6. A copy of the summons and complaint served upon CRM in the State Court Action is being filed with this Notice and is attached hereto as Exhibit A.

7. Written notice of this Notice of Removal of this action is being immediately provided to the State Court of DeKalb County, State of Georgia. *See* Exhibit B.

WHEREFORE, Credence Resource Management, LLC removes the case styled *Minika Nichols v. Credence Resource Management, LLC,* Case No.

17A63108, from the State Court of DeKalb County, State of Georgia, on this 23rd day of March, 2017.

>Respectfully Submitted,
>
>*/s/ Wendi E. Fassbender*
>Wendi E. Fassbender, Esq.
>GA Bar No. 179133
>Sessions, Fishman, Nathan & Israel, L.L.C.
>14 Coopers Glen Drive SW
>Mableton, GA  30126-2584
>Telephone: (678) 209-7492
>Fax: (877) 480-5639
>Email: wfassbender@sessions.legal
>
>*Attorneys for Defendant*
>*Credence Resource Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2017, a copy of the foregoing was electronically filed with the Clerk of the Court and served via CM/ECF upon the following:

Adam J. Klein, Esq.
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324

## **CERTIFICATE OF COMPLIANCE**

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Wendi E. Fassbender*
Wendi E. Fassbender, Esq.
GA Bar No. 179133
Sessions, Fishman, Nathan & Israel, L.L.C.
14 Coopers Glen Drive SW
Mableton, GA  30126-2584
Telephone: (678) 209-7492
Fax: (877) 480-5639
Email: wfassbender@sessions.legal

*Attorneys for Defendant*
*Credence Resource Management, LLC*